UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 14252
   EDWARD A GADOMSKI
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-2003
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/08/07 and confirmed on 01/18/08.

2. The case was converted to Chapter 7 after confirmation, 07/24/2008.

3. The Debtor paid a total of $ 4283.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 2595.13 | .00 | 2595.13 |
| CITIMORTGAGE INC | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 7229.92 | .00 | 780.06 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| ALLIED DEBT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6172.98 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5537.02 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9430.86 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1619.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 916.90 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 266.58 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 434.77 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 15661.85 | .00 | .00 |
| NICOR GAS | UNSECURED | 183.84 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET NATIONAL BANK | UNSECURED | 7339.85 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2965.22 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 762.13 | .00 | .00 |
| DONNA THORSON | CHILD SUPPORT | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED         9825.05              .00       51291.41              .00       61116.46
PRINCIPAL PAID             3375.19              .00            .00              .00        3375.19
INTEREST PAID                  .00              .00            .00              .00             .00
TOTAL PAID                 3375.19              .00            .00              .00        3375.19
```
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   2750.00
and was paid $     671.00   direct and $     659.40   through the plan.

The Trustee received $     248.41 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/09/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE